828

No. 95–8767. BUCKNER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–8768. KEENE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8785. KACZYNSKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8793. JANES v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8795. SIMS v. AULT, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8797. WILLIAMS v. LEWIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8809. FREDERICK v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–8811. HEMMERLE v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8812. HORTON v. SCOTT, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8813. LOCKERBY v. PIMA COUNTY. Ct. App. Ariz. Certiorari denied.

No. 95–8819. ZAVESKY v. MILLER, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL COMPLEX, PENDLETON, INDIANA. C. A. 7th Cir. Certiorari denied.

No. 95–8825. VAN DOREN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–8826. HAYNES v. LEMANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8827. HOFMANN v. PRESSMAN TOY CORP. ET AL. C. A. 3d Cir. Certiorari denied.